IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-10137-WEB |
| ) | |
| MICHAEL A. SARBER, ) | |
| ) | |
| Defendant. ) | |

MEMORANDUM AND ORDER

Michael Sarber filed a Motion to Correct Judgment. (Doc. 37). A review of the Motion shows that Sarber argues that the judgment should be corrected pursuant to Rule 36. Sarber advanced the same arguments in his Motion to Clarify Sentence. (Doc. 35). This court found that relief was not available to Sarber under Fed.R.Crim.P. 36, and also determined that relief was not available under Rule 35, 28 U.S.C. § 2241, or 28 U.S.C. § 2255. Sarber has not presented any new arguments for the court to reconsider it's previous ruling.

IT IS THEREFORE ORDERED that Sarber's Motion to Correct Judgment (Doc. 37) be denied.

IT IS SO ORDERED this 21st day of July, 2011.

    s/ Wesley E. Brown
Wesley E. Brown
Senior United States District Court Judge